UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**11 CV 6747**

GITTEL PERL
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

CREDIT BUREAU COLLECTION SERVICES, INC. DBA CBCS
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

___ Civ. _____ (__)(__)

**REQUEST TO PROCEED**
*IN FORMA PAUPERIS*

I, Gittel Perl _____, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1.  If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    _____
    _____

2.  If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

    1/30/2009   NO INCOME NOW
    _____

3.  Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

    NO
    _____

    a) Are you receiving any public benefits?   ☐ No.   ☒ Yes, $ 300.00   .

    b) Do you receive any income from any other source?   ☒ No.   ☐ Yes, $_____   .

*Rev. 05/2010*                                    *1*

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☒ No.   ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No.   ☐ Yes, $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☐ No.   ☒ Yes, 250.00 .

7. List the person(s) that you pay money to support and the amount you pay each month.

   _____
   _____

8. State any special financial circumstances which the Court should consider.

   **Distressed** _____
   _____
   _____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this  1  day of  September , 2011 .
           *date*          *month*      *year*

_____
          *Signature*